PETITION OF L. R. BRETZ.

No. 13357.
Decided April 28, 1976.
552 P.2d 1100.

## ORDER

PER CURIAM:

The pro se petition for a writ of habeas corpus is denied.

The petition shows that the defendant has counsel on appeal. Also it has been learned that the transcript has been completed and furnished. No legal reason appears for this Court to issue a writ of habeas corpus.